| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M & M Katz, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Katz's Deli & Bar; dba Katz's Deli and Bar; dba S&K, LLC<br>dba Grab N Go; dba Grab N Go; dba Grab and Go; dba Katz's 2;<br>dba Katz's Two; fdba Katz & Son, Inc.; fdba Bagel Label** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2067964** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**618 West 6th Street<br>Austin, TX**<br><br>ZIP CODE **78701** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**618 West 6th Street<br>Austin, TX**<br><br>ZIP CODE **78701** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **M & M Katz, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **Austin, TX** | Case Number: **04-15916** | Date Filed: **11/26/2004** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.63.3, ID 3131051168)*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **M & M Katz, Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)
_____

Date
_____

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Barbara Barron**
_____

**Barbara Barron**                    Bar No. **01817300**

**Barron & Newburger PC**
**1212 Guadalupe**
**Suite 104**
**Austin, Tx 78701**

Phone No. **(512) 476-9103**     Fax No. **(512) 476-9253**

07/20/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**M & M Katz, Inc.**

X  **/s/ Marc Katz**
_____
Signature of Authorized Individual

**Marc Katz**
_____
Printed Name of Authorized Individual

**President of M & M Katz, Inc.**
_____
Title of Authorized Individual

**07/20/2010**
_____
Date

Address
_____

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **M & M Katz, Inc.**                                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | | 940/941 taxes | | **$161,637.91** |
| Randy Collier<br>7720 Weldon Drive<br>Austin, TX 78750 | | Loan | | **$61,236.31** |
| Sysco<br>PO Box 149024<br>Austin, TX 78714 | | Goods | | **$45,000.00** |
| Morris and Carman, Inc.<br>c/o Donna Brown<br>1250 S. Capital of TX Hwy<br>Bldg I, Suite 320<br>Austin, TX 78746 | | Judgment | | **$42,192.28** |
| Internal Revenue Service<br>PO Box 12216<br>Philadelphia, PA 19114 | | Blanket lien | | **$66,000.00**<br>**Value: $25,000.00** |
| Comptroller of Public Accounts<br>Rev. Acctg. Sec.--Bkr Div.<br>P.O. Box 13528<br>Austin, TX  78711 | | sales taxes | | **$52,635.00**<br>**Value: $25,000.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **M & M Katz, Inc.**                                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 6th Street LLC<br>1310 RR 620 South #C15<br>Austin, TX 78734 | | | | **$22,640.97** |
| Austin Provisions<br>PO Box 793<br>Round Rock, TX 78680 | | Goods | | **$20,621.76** |
| ABCO<br>PO Box 81692<br>Austin, TX 78708 | | Goods | | **$12,784.39** |
| Cawoods Produce<br>2311 W. Rundberg Lane #120<br>Austin, TX 78758 | | Goods | | **$11,429.60** |
| Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th St.<br>Austin, Texas  78778 | | Unemployment taxes | | **$11,367.40** |
| Prosperity Bank<br>1205 N. Navarro Street<br>Victoria, TX 77901 | | Purchase Money | | **$29,047.47**<br>**Value: $21,000.00** |
| US Food Service<br>Box 841587<br>Dallas, TX 75284 | | Services | | **$7,393.82** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **M & M Katz, Inc.**                                     Case No.

                                                            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Texas Linen Company<br>1307 Smith Road<br>Austin, TX 78721 | | Goods | | **$7,162.81** |
| Starbridge-Cigna<br>Cigna-Voluntary<br>PO Box 202364<br>Dallas, TX 75320 | | | | **$6,152.17** |
| Neil King Enterprises<br>1600 Cattle Trail<br>Austin, TX 78748 | | | | **$6,100.70** |
| Johnny G's Butcher Block<br>11600 Manchaca Road #H<br>Austin, TX 78748 | | Goods | | **$5,526.12** |
| Restaurant Technologies<br>12962 Collections Center Drive<br>Chicago, IL 60693 | | Services | | **$4,052.34** |
| Avaya<br>PO Box 5125<br>Carol Stream, IL 60197 | | | | **$3,937.09** |
| Texas Comptroller of Public Accounts<br>PO Box 149355<br>Austin, TX 78714 | | Mixed Beverages Taxes | | **$3,822.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **M & M Katz, Inc.**                                      Case No. _____

                                                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____ **President of M & M Katz, Inc.** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**07/20/2010**_____          Signature:__**/s/ Marc Katz**_____
                                                                     ***Marc Katz***
                                                                     **President of M & M Katz, Inc.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **M & M Katz, Inc.**                                             CASE NO

                                                                          CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/20/2010                                      Signature   /s/ Marc Katz
                                                                  *Marc Katz*
                                                                  *President of M & M Katz, Inc.*

Date  _____              Signature  _____

6th Street LLC
1310 RR 620 South #C15
Austin, TX 78734


AAA Filter
PO Box 4674
Austin, TX 78765


AAA Fire and Safety
6700 Guadalupe
Austin, TX 78752


Aaron Fenton
300 E. Riverside
Austin, TX 78704


ABC Bank
610 W. 5th Street
Austin, TX 78701


ABCO
PO Box 81692
Austin, TX 78708


ADT Security Services
PO Box 371956
Pittsburgh, PA 15250


Alexandra Minchich
13704 Hunters Pass
Austin, TX 78734


Alliant Law Group
211 E. 7th Street #620
Austin, TX 78701

Amie Hammons
407 W. 18th Street #212
Austin, TX 78701


Amy's Ice Cream
ATTN: Dorette Hampshire
2109 Northland Drive
Austin, TX 78756


ASCAP
2675 Paces Ferry Rd SE #350
Atlanta, GA 30339


AT&T
PO Box 5011
Carol Stream, IL 60197


Austin American Statesman
P.O. Box 660639
Dallas, TX 75266


Austin Industrial Refrigeration
13200 Pond Springs Rd #D-30
Austin, TX 78729


Austin Provisions
PO Box 793
Round Rock, TX 78680


Auto-Chlor
5407-A Clay
Austin, TX 78756


Avaya
PO Box 5125
Carol Stream, IL 60197

BAT City Awards, Inc.
1707 Nueces Street
Austin, TX 78701


Bells International
109 Denson Drive
Austin, TX 78752


Ben E. Keith
2325 E. Ben White Blvd.
Austin, TX 78741


Benefit Systems
1400 West Anderson Lane
Austin, TX 78757


Bill Frazell
PO Box 149355
Austin, TX 78714


Blanca Galdamez
2610 Rogers Avenue #B
Austin, TX 78722


Brandi Michum
6215 Wagon Bend
Austin, TX 78744


Brown Distributing
8711 Johnny Morris Road
Austin, TX 78724


Bryan Tack
1711 Cesar Chavez
Austin, TX 78703

C Van R Automotive
604 W. 6th Street
Austin, TX 78701

Caleb Henderson
2304-A Trailside
Austin, TX 78704

Campus Collection
2901 13th Street
Northport, AL 35476

Capital Courier
4109 Todd Lane
Austin, TX 78744

Capitol Beverage
10300 Metropolitan
Austin, TX 78758

Cardiovascular Association
6500 River Place Blvd.
Austin, TX 78730

Carlin Derriene
5112 S. 1st Street #211
Austin, TX 78745

Carol Holzhaus
1903-B Fairlawn Lane
Austin, TX 78704

Cary Craft
304 Blanco Street
Kyle, TX 78640

Cassandra Hierholzer
7311 Whispering Winds
Austin, TX 78745


Cawoods Produce
2311 W. Rundberg Lane #120
Austin, TX 78758


Charles Howell
505 W. 37th Street
Austin, TX 78705


Chris Briggs
1509 Wheless Lane
Austin, TX 78723


Christopher Long
7720 O'Conner
Round Rock, TX 78681


Christopher Thompson
2200 S. Pleasant Valley Rd #603
Austin, TX 78741


Complete It Solutions, LLC
1808 Verbena Way
Round Rock, TX 78664


Comptroller of Public Accounts
Rev. Acctg. Sec.--Bkr Div.
P.O. Box 13528
Austin, TX  78711


Compu Signs
632 N. Lamar
Austin, TX 78703

Convergit Technologies, LLC
3913 Todd Lane #106
Austin, TX 78747


Cothron's Security Professionals
807 East 4th Street
Austin, TX 78702


David Gibbs
1204-B East 7th Street
Austin, TX 78702


Dax Taruc
1500 E. Riverside #124
Austin, TX 78741


Django Preisler
1221 Algarita
Austin, TX 78704


Dustin Scott
3816 S. Lamar #2406
Austin, TX 78704


Dwight Fisher
1201 Tinnin Ford Road #19
Austin, TX 78741


East End Ink
2412-A Cesar Chavez
Austin, TX 78702


EcoLab Institutional
7004 Bee Caves Road
Austin, TX 78746

Edward Bradley
5106 N. Lamar #126
Austin, TX 78751


Edward Brostman
1511 Faro Drive
Austin, TX 78741


Edward Cardiff
1102 Prospect
Austin, TX 78702


Eliseo Hernandez
5550 Pine Place Street
Austin, TX 78744


Elizabeth Fletcher
5001 Convict Hill Road
Austin, TX 78749


Expert Air and Refrigeration
PO Box 5453
Round Rock, TX 78683


Francisco Chavez
1724 Woodward
Austin, TX 78741


Gerardo Contreras
3300 Park Lane Apt. #109
Austin, TX 78741


Gladis Colocho
1840 Burton Drive #160
Austin, TX 78741

Greg Caparis
2200 S. Pleasant Valley Road
Austin, TX 78741


Greg Furuya
3611 Whitefield Cove
Austin, TX 78704


GS1 US
7887 Washington Village Drive
Dayton, OH 45459


HAX Complete It Solutions
1808 Verbena Way
Round Rock, TX 78665


Herbert Molina
3300 Parker Lane #1273
Austin, TX 78741


Hot Jumbo Bagels
311 Stansstead Manor
Pflugerville, TX 78660


Hot Schedules
6504 Bridge Point Pkwy #425
Austin, TX 78730


Ian Noble
6503 Woodhue Drive
Austin, TX 78745


Industrial Steam Cleaning
PO Box 5449
Temple, TX 76505

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


Internal Revenue Service
PO Box 12216
Philadelphia, PA 19114


IT Copy
512 West MLK
Austin, TX 78701


James Moran
804 Kavanagh Drive
Austin, TX 78748


Jamie Chavez
5813 Coventry Lane
Austin, TX 78723


Jarrod Pitney
1616 W. 6th Street #318
Austin, TX 78703


Jason Lathem
6509 Branchwood Drive
Austin, TX 78744


Jason Weatherwax
6509-A Bradsher Drive
Austin, TX 78745


Jeffrey Marques
1331 RR 12
San Marcos, TX 78666
```

Jodie Mowatt
804 Garner Avenue
Austin, TX 78704


Johnny G's Butcher Block
11600 Manchaca Road #H
Austin, TX 78748


Jon Atcheson
95 Clara Street
Austin, TX 78702


Jose Andrade
10421 S. Hwy 183
Austin, TX 78747


Jose Ramos
1824 S IH 35 #142
Austin, TX 78704


Joseph Grace
2124 Burton #105
Austin, TX 78741


Joseph White
1515 Wickersham Lane #B623D
Austin, TX 78741


Julian Jones
2117 East 8th Street
Austin, TX 78702


Julie Silverman
2200 S. Pleasant Valley Road
Austin, TX 78741

Julio Garcia
1329 W. Mary Street #201
Austin, TX 78704


Julio Hernandez
6808 S. IH 35 #254
Austin, TX 78745


Karl Pumarejo
1521-C Southport Drive
Austin, TX 78704


Kashmir Arnold
1600-B Valleyridge
Austin, TX 78704


Katherine Abbott
1712 Cinnamon Path #B
Austin, TX 78704


Katz Coffee
2450 Louisiana Street #221
Houston, TX 77006


Katz's
618 West 6th Street
Austin, TX 78701


Keith Foley
1600 Wickersham Lane #2027
Austin, TX 78741


Knife Sharpest
4703 Burnet Road
Austin, TX 78756

LAZ Parking
101 W 6th Street
Austin, TX 78701


Leslie Katz
7100 Rusty Fig
Austin, TX 78750


Liberty Signs
PO Box 1259
Liberty Hill, TX 78642


Lila Brodnax
3505 S. Lamar #1288
Austin, TX 78704


Lillian Smith
PO Box 129
Westhoff, TX 77994


Liquid Environmental Solutions
PO Box 671064 Dept 6
Dallas, TX 75267


Lone Star Overnight
1601 Headway Circle
Austin, TX 78754


Luong Tran-Ho
1781 Spyglass Drive #239
Austin, TX 78746


Maggie Kelly
705 E. 5th Street
Austin, TX 78701

Marc Katz
618 West 6th Street
Austin, TX 78701


Marcus Fields
2112 Guadalupe #209
Austin, TX 78705


Mark Brown
407 W. 18th Street #104
Austin, TX 78701


Mark Taylor
1044 Camino La Costa #2126
Austin, TX 78752


Martha Ortiz
5704 Iontenay Drive
Austin, TX 78744


Matrix Networks
4243 SE International Way #C
Portland, OR 97222


Mission Restaurant Supply
 6509 N. Lamar
Austin, TX 78752


Morris and Carman, Inc.
c/o Donna Brown
1250 S. Capital of TX Hwy
Bldg I, Suite 320
Austin, TX 78746

Municipal Court
PO Box 2135
Austin, TX 78768

Nathaniel Cortez
5600 Jeff Davis, Unit A
Austin, TX 78756


Neil King Enterprises
1600 Cattle Trail
Austin, TX 78748


Nicholas Straley
3301 Red River #310
Austin, TX 78705


Nicole Cruz
3809 S. Congress #268
Austin, TX 78704


Nicole Lucero
226 Cedar Creek Drive
Cedar Creek, TX 78612


Nixon Bank
PO Box 188
Nixon, TX 78140


NuCO2, LLC
PO Box 9011
Stuart, FL 34995


Office of Attorney General
PO Box 659791
San Antonio, TX 78265


Pepsi Bottling Group
9010 Wall Street
Austin, TX 78754

Perry Todd
1108 W 10th Street
Austin, TX 78703


PFG
PO Box 951641
Dallas, TX 75395


Pickle Bookkeeping
707 West Avenue #201
Austin, TX 78701


Prosperity Bank
1205 N. Navarro Street
Victoria, TX 77901


Pure Force
PO Box 100512
Pasadena, CA 91189


Puritan, Inc.
PO Box 100512
Pasadena, CA 91189


Rachel Dickstein
1006 Banister Lane #1106
Austin, TX 78704


Rain Michum-Babicki
6215 Wagon Bend
Austin, TX 78744


Randy Collier
7720 Weldon Drive
Austin, TX 78750

Republican National Dist. Co.
6511 Tri County Parkway
Schertz, TX 78154


Restaurant Technologies
12962 Collections Center Drive
Chicago, IL 60693


Richard Rosenberg
1804 W. 6th
Austin, TX 78703


Riverside Chevron
PO Box 3748
Austin, TX 78764


Robert Moreno
1215 W. Slaughter Lane
Austin, TX 78748


Segovia
4618 East 7th Street
Austin, TX 78702


Seth Peacock
4900 E. Oltorf #329
Austin, TX 78741


Shawna Casey
1904 Boxwood Court
Austin, TX 78745


Shelby Bowden
2239 Cromwell Circle #701
Austin, TX 78741

Specs Liquor
2410 Smith Street
Houston, TX 77006


Sprint
PO Box 8077
London, KY 40742


Stacey Hines
701 Zennia Street #A
Austin, TX 78751


Stainless Steals
3505 Chapman Lane
Austin, TX 78744


Starbridge-Cigna
Cigna-Voluntary
PO Box 202364
Dallas, TX 75320


Stephanie McCabe
3107 Walnut Avenue
Austin, TX 78722


Susan G. Komen Breast Cancer
5005 LBJ Freeway #250
Dallas, TX 75244


Sysco
PO Box 149024
Austin, TX 78714


TABC
PO Box 13127
Austin, TX 78711

TD Industries
PO Box 3000008
Dallas, TX 75303


Teal Benson
7301 Avenue L
Santa Fe, TX 77510


Tejas Air & Heat
7800 Danz Blvd
Austin, TX 78724


Texas Comptroller of Public Accounts
PO Box 149355
Austin, TX 78714


Texas Department of State
PO Box 12008
Austin, TX 78711


Texas Disposal Systems
PO Box 968
Austin, TX 78767


Texas Linen Company
1307 Smith Road
Austin, TX 78721


Texas Tollway
PO Box 650749
Dallas, TX 75265


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th St.
Austin, Texas  78778

The Beergas Company
PO Box 305
Salado, TX 76571


The Bug Master
8411 N IH 35
Austin, TX 78753


Third Rail Creative
112 East 7th Street
Austin, TX 78701


Thomas Guerreiro
1005 Fiesta Street
Austin, TX 78702


Time Warner Cable
PO Box 85100
Austin, TX 78708


Tony Walsh
106 Duck Lake Drive
Austin, TX 78734


Travelers
CL Remittance Center
Hartford, CT 06183


Travis County
PO Box 1748
Austin, TX 78768


US Food Service
Box 841587
Dallas, TX 75284

Velissa Butler
2200 S. Pleasant Valley #439
Austin, TX 78741


Wildworld Graphics
3507 Gonzales Street
Austin, TX 78702


William Miller
5905 S. 1st Street
Austin, TX 78745


Worley Printing
3217 N IH 35
Austin, TX 78722